FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 19 PM 12: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEON HARRIS | CIVIL ACTION |
| VERSUS | NO. 02-2876 |
| JEFFERSON PARISH SHERIFF HARRY LEE, ET AL | SECTION "N" (5) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 8, 2004 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that plaintiff's Section 1983 claims be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of July, 2004.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dkt_____
✓ CtRmDep_____
Doc No._____